NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HARRISON REES,                          )
                                        )
           Appellant,                   )
                                        )
v.                                      )          Case No. 2D18-1956
                                        )
NICOSIA CONSULTING INTERNATIONAL,)
LLC,                                    )
                                        )
           Appellee.                    )
_____ )

Opinion filed April 10, 2019.

Appeal from the Circuit Court for Lee
County; Keith R. Kyle, Judge.

David P. Fraser and Jason Allen
Shepelrich of Holmes Fraser, P.A., Naples,
for Appellant.

Kristen M. Fiore of Akerman LLP,
Tallahassee (withdrew after briefing);
Christopher S. Duke of Akerman LLP,
West Palm Beach (withdrew after briefing);
and Jenny Torres of Akerman LLP, Miami
(withdrew after briefing), for Appellee.


PER CURIAM.


            Affirmed.



LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.